UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LORETTA MILLER,**

    **Plaintiff,**

**v.**                                          Case No: 6:18-cv-423-Orl-41GJK

**BRYAN BLANCHARD, JOSEPH DESANTOLA, RALPH MULLER, CHARLES R BRIDGES, JR., and HOWARD L. HABER,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Report and Recommendation (Doc. 5) issued by United States Magistrate Judge Gregory J. Kelly, in which he recommends that this case be transferred to the Eastern District of Pennsylvania. Plaintiff filed a Response (Doc. 6), noting that she does not object to the transfer. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is **TRANSFERRED** to the Eastern District of Pennsylvania.

3. The Clerk is directed to transfer this case to the Eastern District of Pennsylvania and thereafter close this file.

**DONE** and **ORDERED** in Orlando, Florida on June 27, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party